

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

NaSheena D. Porter Poznansky
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, New Jersey 07102
nasheena.porterpoznansky@usdoj.gov

main: (973) 645-2700
direct:(973) 297-2038

February 26, 2026

**Via ECF**
Hon. Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Wael Gabrail v. John Doe, et al.*, Civil No. 26-01433 (SDW)
           Update Regarding Bond Hearing

Dear Judge Wigenton:

    This Office represents Respondents in the above habeas immigration action. Pursuant to the February 17, 2026 Text Order, ECF 3, we write to respectfully inform the Court that Petitioner had a scheduled bond hearing before an Immigration Judge on February 26, 2026 at 9:00am. The bond hearing has been rescheduled for tomorrow morning, February 27, 2026 due to petitioner's attorney failure to appear this morning and the court was not able to get to his matter this afternoon. Thus at this time we respectfully ask for an extension until 5:00pm tomorrow, February 27, 2026 to update the court on the outcome of the bond hearing. We thank the Court for its consideration of this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

*s/NaSheena D. Porter Poznansky*
NASHEENA D. PORTER POZNANSKY
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED this 27th day of February 20 26

*[signature: S.D. Wigenton]*
United States District Judge

cc: Counsel of record (ECF)