UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAEL GABRAIL,**<br><br>Petitioner,<br><br>v.<br><br>**JOHN DOE, et al.,**<br><br>Respondents. | Civil Action No. 26-1433 (SDW)<br><br><br>**ORDER** |

This Court having granted Petitioner Wael Gabrail's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) on February 20, 2026 (ECF No. 5), and Respondents having submitted a letter indicating that Petitioner received a bond hearing on February 27, 2026 and was ordered released on $20,000 bond (ECF No. 10),

**IT IS** on this   2nd   day of   March   , 2026

**ORDERED** that the motion for a temporary restraining order at ECF No. 2 is **DISMISSED AS MOOT**; and it is further

ORDERED that the Clerk shall close this matter.  The restrictions imposed on Petitioner's location during this matter are **LIFTED**.

*/s/ Susan D. Wigenton*
Hon. Susan D. Wigenton,
United States District Judge